UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ERIC LEVI RICKUS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No.: 3:11-cv-188 |
| ) | *Judge Phillips* |
| ) | |
| OFFICER PAM STINNETT, et al., ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendants' motion to dismiss is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
s/ *Debra C. Poplin*
CLERK OF COURT